1  BRYAN CAVE LLP, #00145700
   ROBERT W. SHELY (014261)
2  (rwshely@bryancave.com)
   GEORGE C. CHEN (019704)
3  (george.chen@bryancave.com)
   Two N. Central Avenue, Suite 2200
4  Phoenix, AZ  85004-4406
   Telephone:   (602) 364-7000
5  Facsimile:    (602) 364-7070

6  COOLEY LLP
7  JANET L. CULLUM (jcullum@cooley.com)
   (*pro hac vice*)
8  PETER J. WILLSEY (pwillsey@cooley.com)
   (*pro hac vice*)
9  ANGELA L. DUNNING (adunning@cooley.com)
   (*pro hac vice*)
10 Five Palo Alto Square
   3000 El Camino Real
11 Palo Alto, CA  94306-2155
12 Telephone:   (650) 843-5000
   Facsimile:    (650) 849-7400

13 Attorneys for Defendant GOOGLE INC.

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| DAVID ELLIOTT *et al.*, <br><br>　　　　　Plaintiffs, <br><br>　v. <br><br> GOOGLE INC. *et al.*, <br><br>　　　　　Defendants. <br><br> AND RELATED COUNTERCLAIMS. | Case No.  CV 12-1072-PHX-SMM <br><br> **JOINT STIPULATION DISMISSING COUNTERCLAIMS WITHOUT PREJUDICE** <br><br> Judge:  Hon. Stephen M. McNamee |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

JOINT STIPULATION DISMISSING COUNTERCLAIMS
WITHOUT PREJUDICE
CV-12-1072-PHX-SMM

WHEREAS Plaintiffs David Elliott and Chris Gillespie ("Plaintiffs") and Defendant Google Inc. ("Google") have met and conferred in an effort to narrow the issues in dispute and have come to an agreement regarding the dismissal of Google's counterclaims.

THEREFORE, Plaintiffs and Google, by and through their counsel, HEREBY STIPULATE AND AGREE that:

1. All of Google's counterclaims are hereby dismissed without prejudice.

2. Dismissal of the aforementioned counterclaims shall be without prejudice to and without negative inference regarding Google's remaining defenses with respect to Plaintiffs' anticipated appeal of this Court's Amended Memorandum of Decision and Order regarding the parties' respective Summary Judgment Motions, issued on September 10, 2014.

By ___/s/ Richard M. Wirtz___
WIRTZ LAW APC
Richard M. Wirtz (*pro hac vice*)
4365 Executive Drive, Suite 1460
San Diego, CA 92121

TD FOSTER
Thomas D. Foster (*pro hac vice*)
12626 High Bluff Drive,
Suite 150
San Diego, CA 92130

Attorneys for Plaintiffs
**DAVID ELLIOTT and CHRIS GILLESPIE**

By ___/s/ Peter J. Willsey___
COOLEY LLP
Peter J. Willsey (*pro hac vice*)
Janet L. Cullum (*pro hac vice*)
Angela L. Dunning (*pro hac vice*)
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

BRYAN CAVE LLP
Robert W. Shely
George C. Chen
Two N. Central Avenue, Suite 2200
Phoenix, AZ 85004-4406

Attorneys for Defendant and Counterclaimant
**GOOGLE INC.**

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1

JOINT STIPULATION DISMISSING COUNTERCLAIMS
WITHOUT PREJUDICE
CV-12-1072-PHX-SMM

**CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing.

By   /s/ Peter J. Willsey

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2.      **CV-12-1072-PHX-SMM**